UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE NO. 1 and JANE DOE NO. 2 AS NEXT FRIEND AND MOTHER OF MINOR PLAINTIFF, JANE DOE NO. 1, <br><br> Plaintiffs, <br><br> v. <br><br> BOJANGLES' RESTAURANTS, INC., <br><br> Defendant. | No.: 4:19-CV-26-TAV-SKL |

# **ORDER**

This civil action is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge Susan K. Lee on May 9, 2019 [Doc. 18]. In the R&R, the magistrate judge recommends that the Court deny plaintiff's Motion to Strike Certain Defenses in Defendant's Answer [Doc. 14]. There have been no timely objections filed to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendation. Accordingly, the Court **ACCEPTS** the R&R [Doc. 18] in full pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's motion to strike [Doc. 14] is hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE